**Order entered May 19, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01142-CV

### ERIC C. HALL, Appellant

### V.

### TEXAS WORKFORCE COMMISSION, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14789**

## ORDER

Before the Court is appellant's May 15, 2015 motion for an extension of time to file a brief. Appellant filed a brief on May 4, 2015. In post-card notices dated May 5, 2015 and May 18, 2015, the Court informed appellant that the brief was not text searchable and not properly bookmarked and instructed appellant to file a corrected electronic brief that complies with rule of appellate procedure 9. *See* TEX. R. APP. P. 9. On May 18, 2015, this Court also notified appellant that the brief was deficient, set forth the specific deficiencies, and instructed appellant to file an amended brief correcting the deficiencies within ten days. *See* TEX. R. APP. P. 38.1.

We **GRANT** appellant's motion **TO THE EXTENT** that appellant shall file an amended brief by **JUNE 12, 2015** that complies with rules of appellate procedure 9 and 38.1. *See* TEX. R. APP. P. 9 & 38.1. We caution appellant that failure to file an amended brief that corrects the

deficiencies and complies with the electronic filing requirements may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

Appellees' brief will be due thirty days after appellant's amended brief is filed. *See* TEX. R. APP. P. 38.6(b).

/s/ ELIZABETH LANG-MIERS
   JUSTICE